UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CLIFFORD CHANCE LLP, | ) | Case No. 5:15-cv-00181-PSG |
| | ) | |
| Plaintiff, | ) | **CASE SCHEDULING ORDER** |
| | ) | |
| v. | ) | **(Re:  Docket No. 19)** |
| | ) | |
| GAC REAL ESTATE PARTNERS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

Based on the parties' joint case management statement and case management conference,[1]

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is 60 days after entry of this order.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

Fact discovery cutoff ................................................................................September 18, 2015

Dispositive motions hearing ................................................ November 10, 2015 at 10:00 AM

Pre-trial conference ...................................................................January 12, 2016 at 10:00 AM

Trial ...........................................................................................February 8, 2016 at 9:30 AM

---

[1] *See* Docket Nos. 19, 20.

1

Case Nos. 5:15-cv-00181-PSG
CASE SCHEDULING ORDER

**United States District Court**
For the Northern District of California

1  **SO ORDERED.**

2  Dated: May 13, 2015

3
4  _____
   PAUL S. GREWAL
   United States Magistrate Judge